UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICIA GROCE,

                      Plaintiff,

   -against-

UNITED STATES,

                      Defendant.
------------------------------------------------------------------X

JUDGMENT
07-CV- 5239 (NG)

       An Opinion and Order of Honorable Nina Gershon, United States District Judge, having been filed on October 19, 2011, finding that Plaintiff has failed to prove by a preponderance of the evidence that Defendant owed her a duty; ordering that Defendant is therefore not liable for Plaintiff's injuries; and directing the Clerk of Court to enter judgment for the Defendant; it is

       ORDERED and ADJUDGED that the Court finds that Plaintiff has failed to prove by a preponderance of the evidence that Defendant owed her a duty; that Defendant is therefore not liable for Plaintiff's injuries; and that judgment is hereby entered for the Defendant.

Dated: Brooklyn, New York
       October 19, 2011

s/DCP

DOUGLAS C. PALMER
Clerk of Court